UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Moises Morales, et al.
                               Plaintiff,

v.                                                                       Case No.: 1:13–cv–07572
                                                                           Honorable Amy J. St. Eve

Adam Monreal, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 25, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Fairness hearing held on 1/25/17. Joint motion for final approval of the class action settlement agreement [133] is granted. The Court grants final approval of the Settlement Agreement and finds that the Agreement is fair, reasonable and adequate pursuant to Federal Rule of Civil Procedure 23(e). This case is hereby dismissed with prejudice. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.